LOUISA DOUGLASS

v.

JOSIAH D. SUGGS.

*Practice—Appeal—Want of Bill of Exceptions.*

Where no errors are assigned except such as require an examination of the evidence as preserved in the bill of exceptions, which has been stricken from the record, the judgment will be affirmed.

[Opinion filed June 5, 1890.]

IN ERROR to the Circuit Court of Warren County; the Hon. JOHN J. GLENN, Judge, presiding.

Messrs. J. A. McKENZIE and C. C. CRAIG, for plaintiff in error.

Messrs. AMMON KIDDER and BREWER & STRAWN, for defendant in error.

Swan v. Burk.

*Per Curiam.*  On motion of the defendant in error the bill of exceptions in this case was stricken from the record. There being no errors assigned, except such as required an examination of the evidence as preserved in the bill of exceptions, it follows that when the bill was stricken from the record there remains nothing to be examined by us, the presumption being in favor of the regularity of the proceedings; and for that reason the judgment will be affirmed.

*Judgment affirmed.*